**Gina M. Corena, Esq.**
Nevada Bar No. 10330
gina@lawofficecorena.com
**Rachel J. Holzer, Esq.**
Nevada Bar No. 11604
**GINA CORENA & ASSOCIATES**
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 680-1111
Facsimile: (888) 987-6507
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MAURICIO ISAURO MEJIA-AYALA, an individual; <br><br> Plaintiff, <br><br> v. <br><br> ALLSTATE INSURANCE COMPANY; DOES I- X, and ROE CORPORATIONS I - X, inclusive, <br><br> Defendants. | CASE NO:  2:25-cv-00859-JAD-MDC <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** <br><br> **(First Request)** |

Plaintiff Mauricio Isauro Mejia-Ayala ("Plaintiff"), and Defendant, Allstate Insurance Company, by and through their respective counsel of record, hereby stipulate to extend the time for Plaintiff to respond to Defendants Motion for Summary Judgment filed on July 8, 2025, [ECF 20] from July 29, 2025, to August 5, 2025.

/ / /

/ / /

/ / /

1

1  This is the parties' first request to extend the time to respond to Defendant's Motion.

**DATED** July 15, 2025                                    **DATED** July 15, 2025

**GINA CORENA & ASSOCIATES**                  **HAWKINS MELENDREZ, P.C.**

*/s/ Rachel Holzer*                                          */s/*
Rachel Holzer, Esq.                                        Christopher M. Keller, esq.
Nevada Bar No. 11604                                   Nevada Bar No. 7399
*Attorneys for Plaintiff*                                    *Attorneys for Defendant*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: 7/18/2025

2