| | |
|---|---|
| 1 | **Gina M. Corena, Esq.** |
| 2 | Nevada Bar No. 10330<br>gina@lawofficecorena.com |
| 3 | **Rachel J. Holzer, Esq.**<br>Nevada Bar No. 11604 |
| 4 | **GINA CORENA & ASSOCIATES**<br>300 S. Fourth Street, Suite 1400 |
| 5 | Las Vegas, Nevada 89101 |
| 6 | Telephone: (702) 680-1111<br>Facsimile: (888) 987-6507 |
| 7 | *Attorneys for Plaintiffs* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MAURICIO ISAURO MEJIA-AYALA, an individual;<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY; DOES I- X, and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants. | CASE NO:  2:25-cv-00859-JAD-MDC |

**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S SECOND AND THIRD CAUSES OF ACTION WITHOUT PREJUDICE**

ECF No. 28

Plaintiff Mauricio Isauro Mejia-Ayala ("Plaintiff"), and Defendant, Allstate Insurance Company, by and through their respective counsel of record, hereby stipulate to dismiss Plaintiff's

/ / /

/ / /

/ / /

1

Second and Third Causes of Action, Without Prejudice.

DATED July 24, 2025

**GINA CORENA & ASSOCIATES**

/s/ Rachel Holzer
Rachel Holzer, Esq.
Nevada Bar No. 11604
*Attorneys for Plaintiff*

DATED July 24, 2025

**HAWKINS MELENDREZ, P.C.**

/s/ Christopher Keller
Christopher M. Keller, esq.
Nevada Bar No. 7399
*Attorneys for Defendant*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: 7/29/25 _____

2