CHRISTOPHER M. KELLER, ESQ.
Nevada Bar No. 7399
**HAWKINS MELENDREZ, P.C.**
1645 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 318-8800
Fax: (702) 318-8801
ckeller@hawkinsmelendrez.com
*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MAURICIO ISAURO MEJIA-AYALA, an individual;<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY; DOES I through XV, and ROE Corporations I through X, inclusive,<br><br>Defendant. | Case No.:   2:25-cv-00859-JAD-MDC<br><br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br><br>ECF No. 32 |

IT IS HEREBY STIPULATED, by and between Defendant ALLSTATE INSURANCE COMPANY, by and through its attorney of record, Christopher M. Keller, Esq. of Hawkins Melendrez, P.C. and Plaintiff MAURICIO ISAURO MEJIA-AYALA, by and through his attorney of record, Mark A. Rouse, Esq. of Gina Corena & Associates, that the above-entitled matter be

. . .

. . .

. . .

. . .

. . .

. . .

. . .

**HAWKINS MELENDREZ, P.C.**
1645 Village Center Circle, Suite 160
Las Vegas, Nevada 89134
Telephone (702) 318-8800 • Facsimile (702) 318-8801

1

dismissed with prejudice, each party to bear their own attorney's fees and costs.

DATED this 22nd day of April 2026.

DATED this 22nd day of April 2026.

**HAWKINS MELENDREZ, P.C.**

**GINA CORENA & ASSOCIATE**

*/s/ Christopher M. Keller*
CHRISTOPHER M. KELLER, ESQ.
Nevada Bar No. 7399
1645 Village Center Circle, Suite 160
Las Vegas, Nevada 89134
*Attorneys for Defendant*

*/s/ Mark A. Rouse, Esq.*
MARK A. ROUSE, ESQ.
Nevada Bar No. 12273
300 S. Fourth Street, Suite 400
Las Vegas, NV 89101
*Attorneys for Plaintiff*

### ORDER FOR DISMISSAL WITH PREJUDICE

Based on the parties' stipulation [ECF No. 32] and good cause appearing, IT IS HEREBY

ORDERED that the **stay is lifted,** and **THIS ACTION IS DISMISSED** with prejudice, each side

to bear its own fees and costs.  The Clerk of Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 23, 2026

**HAWKINS MELENDREZ, P.C.**
1645 Village Center Circle, Suite 160
Las Vegas, Nevada 89134
Telephone (702) 318-8800 • Facsimile (702) 318-8801